THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED BROWN, Appellant. [748 NYS2d 71]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Florio, J.P., Feuerstein, Smith and Krausman, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK COLLINS, Appellant. [748 NYS2d 72]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Altman, J.P., Feuerstein, O'Brien and H. Miller, JJ., concur.